# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARTHA VELASQUEZ, | |
| Plaintiff, | Case No. 2:10-cv-00140-RCJ-PAL |
| vs. | **ORDER** |
| S.B. RESTAURANT CO. d/b/a ELEPHANT BAR, | |
| Defendants. | **Request for Exception to ENE Attendance - #28** |

This matter is before the Court on Defendant's Request for Exception to ENE Attendance Requirements (#28), filed August 1, 2011.  Upon review and consideration,

**IT IS ORDERED** that Defendant's Request for Exception to ENE Attendance Requirements (#28) is **granted**.  Defendant's insurance carrier representative will be allowed to attend the proceeding by phone or to be consulted by phone if necessary.

DATED this 2nd day of August, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge